**STATE of Missouri, Respondent,**

v.

**Bruce Gregory ROBERTS, Jr., Appellant.**

**WD 79688**

Missouri Court of Appeals, Western District.

Filed: December 12, 2017

Katharine P. Curry, Columbia, MO for appellant.

Mary H. Moore, Jefferson City, MO for respondent.

Before Division Three: Alok Ahuja, P.J., and Thomas H. Newton and Cynthia L. Martin, JJ.

### ORDER

PER CURIAM:

Following a jury trial in the Circuit Court of Ray County, Bruce Roberts was convicted of sexual abuse in violation of § 566.100, RSMo. He was sentenced to six years' imprisonment. Roberts appeals, arguing that he is entitled to a new trial based on the State's late disclosure of the recording of a 9-1-1 call made by the State's principal witness. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).